IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JIMMY LEE DAVIS, #51030**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　　　CIVIL NO. 3:21-cv-00556-HTW-LGI

**STEPHANIE PATRICK,**
**SANDRA WILLIAM and**
**HECTOR PORTILLIO**　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### REPORT AND RECOMMENDATION

　　This case is before the Court on Plaintiff's second Motion [54] for Default Judgment and Contempt. Having considered the motion and the applicable law, the undersigned recommends that Plaintiff's Motion [54] be denied.

### I. BACKGROUND

　　*Pro se* Plaintiff Jimmy Davis ("Plaintiff") is a post-conviction inmate incarcerated by the Mississippi Department of Corrections ("MDOC"). Plaintiff is proceeding *in forma pauperis*, subject to the Prison Litigation Reform Act, and he brings this suit pursuant to 42 U.S.C. § 1983. *See* Compl. [1]; Order [7]. The remaining named Defendants are Stephanie Patrick, Case Manager Supervisor at East Mississippi Correctional Facility (EMCF); Sandra William, Case Manager at EMCF; and Hector Portillio, Warden at EMCF. *See* Order [71] (dismissing Defendant Robinson).

　　On July 15, 2022, Plaintiff filed his first Motion [24] for a Default Judgment and Contempt. On August 5, 2022, the Court entered an Order [30] denying Plaintiff's Motion [24] for a Default Judgment and Contempt. On January 20, 2023,

Plaintiff filed his second Motion [54] for a Default Judgment and Contempt. Plaintiff appears to argue that since the Assistant Attorney General did not file a Waiver of Service on behalf of Robinson, a state employee and prior Defendant, that he is entitled to a Default Judgment or some type of contempt order. Mot. [54] at 1.

## II. DISCUSSION

Federal Rule of Civil Procedure 55 addresses the failure of a party "to plead or otherwise defend" a civil action. Fed. R. Civ. P. 55(a). All Defendants filed timely answers in this case and the remaining Defendants continue to actively litigate this case.

The remaining Defendants, Patrick, William, and Portillio filed a Waiver [29] of Service on August 2, 2022, and their Answer [33] to the Complaint on September 26, 2022. The docket does not reflect a Waiver of Service filed by former Defendant Robinson, but she did file an Answer [32] to Plaintiff's Complaint on August 16, 2022. Furthermore, each Defendant's attorney appeared on their client's behalf at the Omnibus Hearing conducted by the undersigned on December 6, 2022. *See* Hearing Transcript [49]. The Court dismissed Defendant Robinson from this action on May 17, 2023. *See* Order [71] (dismissing Defendant Robinson and Plaintiff's claims of custodial classification errors and improper housing in segregation as frivolous).

Plaintiff fails to meet the criteria for relief under Rule 55. "Default judgments are a drastic remedy, not favored by the Federal Rules and resorted to by courts only in extreme situations." *Sun Bank of Ocala v. Pelican Homestead & Sav.*

*Ass'n*, 874 F.2d 274, 276 (5th Cir. 1989). A Default Judgment is clearly not available to Plaintiff in this case and a finding of contempt is not warranted.

### III.  RECOMMENDATIONS

For the foregoing reasons, the undersigned recommends that Plaintiff's Motion [54] for Default Judgment and Contempt be DENIED WITH PREJUDICE.

### IV.  NOTICE OF RIGHT TO OBJECT

In accordance with the Rules of this Court, any party, within fourteen days after being served a copy of this recommendation, may serve and file written objections to the recommendations, with a copy to the United States District Judge, the Magistrate Judge, and the opposing party. Failure to timely file written objections to proposed findings, conclusions, and recommendations contained within this report and recommendation will bar that party, except on the grounds of plain error, from attacking on appeal unobjected to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

This the 18th day of May, 2023.

        s/ *LaKeysha Greer Isaac*
        UNITED STATES MAGISTRATE JUDGE