IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JIMMY LEE DAVIS, #51030**                            **PLAINTIFF**

vs.                                   **CIVIL ACTION No.: 3:21-CV-556-HTW-LGI**

**STEPHANIE PATRICK, SANDRA WILLIAM,**
**HECTOR PORTILLIO, and PAMELA ROBINSON**            **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this court pursuant to the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 72]**. On May 18, 2023, the Magistrate Judge entered her Report recommending that the Plaintiff's second Motion for Default Judgment and Contempt [Docket no. 54] be denied. The Magistrate Judge further advised the parties of their right to file objections to her Report and Recommendation within fourteen (14) days of service thereof. To date, no objections to the Report and Recommendation have been filed.

This court finds that the United States Magistrate Judge thoroughly considered the parties' submissions and crafter a well-versed Report and Recommendation. The Report and Recommendation of the United States Magistrate Judge **[Docket no. 72]**, therefore, is hereby **ADOPTED** as the order of this court for the reasons presented therein. Commensurably, Plaintiff's Motion for Default Judgment and Contempt **[Docket no. 54]** is hereby **DENIED**.

    **SO ORDERED** this the 7th day of September, 2023.

                               /s/HENRY T. WINGATE
                               **UNITED STATES DISTRICT COURT JUDGE**