IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JIMMY LEE DAVIS, #51030**                                                                                    **PLAINTIFF**

v.                                                                    CIVIL ACTION NO. 3:21-cv-556-HTW-LGI

**STEPHANIE PATRICK, SANDRA WILLIAM
and HECTOR PORTILLIO**                                                                               **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the Report and Recommendation of the United States Magistrate Judge [Docket no. 85] issued by Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed on September 29, 2023, Magistrate Judge Isaac recommended that Defendants' renewed Motion for Summary Judgment [Docket no. 79] be granted for Plaintiff's failure to exhaust his administrative remedies. Magistrate Judge Isaac directed the *pro se* plaintiff to file any objections within fourteen (14) days. The Plaintiff has failed to file any objection to date.

Based upon the findings and recommendation contained in the Report and Recommendation [Docket no. 85], this Court finds it well-taken. Magistrate Judge Isaac carefully examined Plaintiff's lawsuit, identified the operative issues and cogent facts, and crafted a well-versed Report and Recommendation. Therefore, this Court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of this Court.

This Order, commensurately, hereby **GRANTS** Defendants' renewed Motion for Summary Judgement [Docket no. 79] and **DISMISSES** this lawsuit **WITHOUT PREJUDICE**.

**SO ORDERED** this the 27th day of October, 2023.

                s/HENRY T. WINGATE
                UNITED STATES DISTRICT JUDGE